UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   EDCV 20-2455-DSF (KS)                                                    Date: January 15, 2021

Title   *Michael A. Crews v. California Department of Corrections and Rehabilitation*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On October 13, 2020, Plaintiff, a California state prisoner proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 ("Section 1983") in the Eastern District (Dkt. No. 1), which was transferred to the Central District on November 19, 2020 (Dkt. No. 7). On December 1, 2020, the Court dismissed the Complaint with leave to amend for failure to state a claim upon which relief may be granted. (Dkt. No. 11.) The Court ordered Plaintiff to file a First Amended Complaint within 21 days, *i.e.*, no later than December 22, 2020, and warned Plaintiff that his failure to do so could result in a recommendation of dismissal.

On December 21, 2020, the Postal Service returned the Court's December 1, 2020 Order marked "return to sender" and "attempted – not known unable to forward." (Dkt. No. 13.) More than three weeks have now passed since Plaintiff's First Amended Complaint was due—and since the Postal Service notified the Court that it could not deliver mail to the address Plaintiff provided. To date, Plaintiff has neither filed the First Amended Complaint, notified the Court of a change of address, nor otherwise communicated with the Court about his case.

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order." Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's Order of December 1, 2020.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   EDCV 20-2455-DSF (KS)                                         Date: January 15, 2021

Title    *Michael A. Crews v. California Department of Corrections and Rehabilitation*

    Additionally, Local Rule 41-6 states that "[i]f mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution."  Thus, because Plaintiff has not notified the Court of his current address and more than 15 days have passed since the Court's December 1, 2020 Order was returned undelivered by the Postal Service, Local Rule 41-6 provides a second basis for dismissal.

    However, in the interests of justice, plaintiff is **ORDERED TO SHOW CAUSE on or before January 29, 2021**, why the Court should not recommend that this action be dismissed for failure to prosecute.  Plaintiff may discharge this Order by filing:  (1) a request for an extension of time to file a First Amended Complaint and a declaration signed under penalty of perjury, explaining why he failed to comply with the Court's December 1, 2020 order; or (2) a First Amended Complaint.  Alternatively, if Plaintiff does not wish to pursue this action, he may dismiss the Complaint without prejudice by filing a signed documented entitled "Notice Of Voluntary Dismissal" pursuant to Rule 41(a)(1)(A).

    **Plaintiff is advised that the failure to respond to this order will lead the Court to recommend dismissal pursuant to Local Rule 41-6 and Rule 41(b) of the Federal Rules of Civil Procedure.**

    **IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | gr |