JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. CREWS,<br>　　　　Plaintiff,<br>　　v.<br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br>　　　　Defendant. | NO. EDCV 20-2455-DSF (KS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: March 15, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE